# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED FEBRUARY 23, 2023

## NO. 03-22-00432-CV

**Melissa Goodman, Appellant**

**v.**

**Housing Authority of the City of Austin, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE SMITH

This is an appeal from the judgment signed by the trial court on July 6, 2022. Having reviewed the record, the Court holds that Melissa Goodman has not prosecuted her appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.